UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>$28,600.00 IN U.S. CURRENCY, )<br>    Defendant. ) | **JUDGMENT - DEFAULT**<br>**IN A CIVIL CASE**<br>**CASE NO. 4:14-CV-122-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's Motion for Default Judgment [DE-13] is ALLOWED; default judgment is hereby entered against the defendant currency; all persons claiming any right, title, or interest in or to the said defendant currency are held in default; the defendant currency is forfeited to the United States of America; and the United States Marshals Service is hereby directed to dispose of the defendant currency according to the law.

**This Judgment Filed and Entered on October 21, 2015, and Copies To:**

Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

DATE                                    JULIE RICHARDS JOHNSTON, CLERK
October 21, 2015                    /s/ Susan K. Edwards
                                            (By) Susan K. Edwards, Deputy Clerk